**STATE of Missouri, Respondent,**

v.

**George JACKSON, Appellant.**

**No. 50174.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 14, 1986.

Motion for Rehearing and/or Transfer Denied Feb. 18, 1986.

Application to Transfer Denied March 25, 1986.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

**PER CURIAM:**

Direct appeal from a jury conviction for attempting to steal a motor vehicle, in violation of § 564.011, RSMo 1978 and § 570.-030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).